UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:24-cv-00927-JLS-MAA                                                      Date:  October 11, 2024
Title:  Michael C. Keo v. Knotts Berry Farm, LLC

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:       ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                                           Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED DUE TO FAILURE TO PROSECUTE**

On July 19, 2024, the Court issued an order vacating the Scheduling Conference because the parties indicated in their Joint Rule 26(f) Report that they consent to a mutually agreeable magistrate judge from the Court's Voluntary Consent List.  (*See* Order at 1, Doc. 18; *see also* Joint Rule 26(f) Report at 3, Doc. 17.)  The Court attached to the Order a blank CV-11D form for the parties' completion and filing.  (Order at 2–3.)

To date, the docket reflects that the parties have neither filed a CV-11D form nor taken any further action in this matter.  Accordingly, the Court ORDERS the parties to show cause, in writing, by no later than **five (5) days** from this Order's issuance, why this action should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  *See* Fed. R. Civ. P. 41(b).  The Court will consider the parties' completion and filing of a CV-11D form to be an appropriate response to this Order.

Initials of Deputy Clerk: kd