1  PAMELA TSAO (SBN: 266734)
   ASCENSION LAW GROUP
2  12341 Newport Ave.
   Suite B200
3  North Tustin, CA 92705
   PH: 714.783.4220
4  FAX: 888.505.1033
   Pamela.Tsao@ascensionlawgroup.com
5
   Attorneys for Plaintiff  MICHAEL C. KEO
6

7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10

11 MICHAEL C. KEO, an individual,         ) Case No.: 8:24-cv-00927-JLS-MAA
                                          )
12         Plaintiff,                     ) **NOTICE OF CONDITIONAL**
                                          ) **SETTLEMENT**
13      vs.                               )
                                          )
14 KNOTT'S BERRY FARM, LLC, a             )
   limited liability company              )
15                                        )
                                          )
16         Defendants.                    )
                                          )
17                                        )
                                          )
18                                        )
                                          )
19                                        )
                                          )
20                                        )
                                          )
21                                        )
                                          )
22                                        )
                                          )
23                                        )
                                          )
24

25

26

27

28

**TO THE COURT AND ALL PARTIES TO THIS ACTION:**

In accordance with Local Rule 40-2, Plaintiff hereby submits the Notice of Settlement to notify the Court that the above entitled action has been settled. The Parties have agreed to a settlement in principle but have not yet reduced the material terms into writing. Plaintiff will file a dismissal within 60 days. The court shall retain jurisdiction over the parties to enforce the terms of the settlement.

ASCENSION LAW GROUP, PC

DATE: December 16, 2024

_____/s/ Pamela Tsao_____

Pamela Tsao, attorney for Plaintiff

Michael C. Keo

NOTICE OF CONDITIONAL SETTLEMENT
8:24-CV-00927-JLS-MAA