| | |
|---|---|
| 1 | ASCENSION LAW GROUP |
| 2 | PAMELA TSAO( 266734) |
|   | 12341 Newport Ave., Suite B200 |
| 3 | North Tustin, CA 92705 |
|   | PH: 714.783.4220 |
| 4 | FAX: 888.505.1033 |
|   | Pamela.Tsao@ascensionlawgroup.com |
| 5 | Attorneys for Plaintiff MICHAEL C. KEO |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MICHAEL C. KEO, an individual | ) Case No.: 8:24-cv-00927-KS |
|---|---|
| Plaintiff, | ) **STIPULATION OF VOLUNTARY** |
| vs. | ) **DISMISSAL OF ENTIRE ACTION** |
|   | ) **WITH PREJUDICE** |
| KNOTT'S BERRY FARM, LLC, a limited liability company | ) |
| Defendants. | ) [Hon. Karen L. Stevenson presiding] |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff MICHAEL C. KEO and Defendant KNOTT'S BERRY FARM, LLC, a limited liability company ("Defendant"), by and through undersigned counsel, hereby stipulate that the above-captioned action is voluntarily dismissed with prejudice in its entirety. Each party shall bear their own attorneys' fees and costs incurred herein.

SO STIPULATED.

Dated: March 11, 2025

ASCENSION LAW GROUP, PC

By: /s/ Pamela Tsao
    Pamela Tsao

Attorneys for Plaintiff
Michael C. Keo

Dated: March 11, 2025

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP

By: /s/ David Roth
    David Roth

Attorneys for Defendant
KNOTT'S BERRY FARM, LLC, a limited liability company